IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VESTA ROMAINE WEST              *
                                *
v.                              *   Civil No. JFM-09-2640
                                *
STARVING STUDENTS               *
                             *****

## MEMORANDUM

Plaintiff has filed a motion for default judgment.

Upon reviewing the motion, it is abundantly clear to me that this court lacks subject matter jurisdiction over plaintiff's claim. Although plaintiff and defendant are citizens of different states, there is no diversity of jurisdiction because the amount in controversy is less than $75,000. Likewise the allegation that defendant committed wire fraud is insufficient to give rise to federal question jurisdiction.

For these reasons the motion for default judgment will be denied and the action will be dismissed for lack of subject matter jurisdiction. However, in light of the fact that plaintiff has paid a filing fee and, according to the allegations in the complaint, has already been subjected to wrongdoing by the defendant, the order I am entering herewith will also direct that the Clerk return to plaintiff the filing fee she has paid.

Date: 2/17/10            _____
                         J. Frederick Motz
                         United States District Judge

1